IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


JOHN PAVAO,

       Plaintiff,

v.                                 CASE NO.  5:15cv68-RH/GRJ

SGT. MILES et al.,

       Defendants.

_____/


## ORDER GRANTING SUMMARY JUDGMENT
## FOR THE DEFENDANT DR. ALVAREZ


    This prisoner civil-rights case is before the court on the defendant Dr. Jorge

Alvarez's summary-judgment motion and the magistrate judge's report and

recommendation concluding that the motion should be granted. This order accepts

the report recommendation, adopts it as the court's opinion, and grants summary

judgment for Dr. Alvarez, with this additional note.

    The State of Florida contracted with Corizon, LLC, to provide medical care

to prisoners. Corizon employed Dr. Alvarez. The plaintiff suffered a broken leg

and was examined by Dr. Alvarez. Dr. Alvarez correctly diagnosed the injury and

promptly concluded the plaintiff should be seen by an orthopedist. Corizon

approved the referral, but for reasons not attributable to Dr. Alvarez, the orthopedic

consult did not occur until about a month later. In the meantime, Dr. Alvarez

provided appropriate care.

That Dr. Alvarez acted properly and is entitled to summary judgment should

not be taken as an endorsement of the delay in obtaining an orthopedic consult.

The record establishes that Dr. Alvarez did not cause the delay. The record does

not establish that the delay was proper.

I expressly determine that there is no just reason for delay and expressly

direct the entry of judgment as set out in this order. *See* Fed. R. Civ. P. 54(b). The

case remains pending against the other defendants.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

1. The report and recommendation, ECF No. 126, is accepted.

2. Dr. Alvarez's summary-judgment motion, ECF No. 89, is granted

3. The clerk must enter judgment stating, "The plaintiff John Pavao's claims

against the defendant Dr. Jorge Alvarez were resolved on a summary-judgment

motion. It is ordered that Mr. Pavao recover nothing on his claims against Dr.

Alvarez. The claims are dismissed on the merits."

4. This case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 27, 2016.

s/Robert L. Hinkle
United States District Judge